```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 32013
   LARRY HUFF JR
   CHERYL J HUFF                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8462    SSN XXX-XX-8888
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/27/04 and confirmed on 10/28/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 8012.52 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GUARANTY BANK | CURRENT MORTG | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6134.52 | .00 | 673.34 |
| ROUNDUP FUNDING LLC | UNSECURED | 10379.11 | .00 | 1139.24 |
| ECAST SETTLEMENT CORP | UNSECURED | 1657.70 | .00 | 181.95 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11826.77 | .00 | 1298.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7148.13 | .00 | 784.60 |
| KOHLS | UNSECURED | 1200.04 | .00 | 131.72 |
| OPEN ADVANCED MRI | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1492.45 | .00 | 163.82 |
| WELLS FARGO FINANCIAL IN | SECURED | 1072.41 | 41.39 | 1072.41 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1072.41 | .00 | 39838.72 | .00 | 40911.13 |
| PRINCIPAL PAID | 1072.41 | .00 | 4372.81 | .00 | 5445.22 |
| INTEREST PAID | 41.39 | .00 | .00 | .00 | 41.39 |
| TOTAL PAID | 1113.80 | .00 | 4372.81 | .00 | 5486.61 |

The Debtor's attorney, PATRICK A MESZAROS         , was allowed $   2700.00 and was paid $   500.00  direct and $  2200.00  through the plan.

The Trustee received $    325.91 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/14/07                    /s/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```